IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY COUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No:  2:16-cv-144-WHA-WC |
| | ) |
| DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Before the court is Plaintiff's Complaint (Doc. 1).  On March 8, 2016, the court entered an order granting Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) and ordering Plaintiff to amend her complaint to comply with Rule 8 of the Federal Rules of Civil Procedure.  Order (Doc. 7) at 1, 3.  In that order, the court raised concerns with Plaintiff regarding the court's jurisdiction to hear Plaintiff's complaint, which appeared to be based upon a state court custody proceeding involving Plaintiff's minor child.  *Id*. at 1-3.  The court stayed service of process, and allowed Plaintiff fourteen days to file an amendment to her complaint addressing the court's concerns.  *Id*. at 4.  Plaintiff was cautioned that her failure to comply with the court's March 8th order would result in a Recommendation that her complaint be dismissed.  *Id*.  The requisite time has passed and Plaintiff has not complied with the court order.  Consequently, the undersigned concludes that dismissal of this case is appropriate for Plaintiff's failure to prosecute this action and comply with the order of the court.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failure to prosecute this action and comply with the orders of this court.

It is further

ORDERED that Plaintiff is DIRECTED to file any objections to the said Recommendation on or before **April 13, 2016**.  A party must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered.  Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar a party from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*).  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Done this 30th day of March, 2016.

                                        /s/ Wallace Capel, Jr.
                                        UNITED STATES MAGISTRATE JUDGE